(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

Appendix A

Marqualia Veonice Berry
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marqualia Veonice Berry |
| Street Address | 1860 Barnett Shoals Road, Suite 103, PMB 431 |
| City and County | Athens, Georgia, Clarke County |
| State and Zip Code | Georgia 30605 |
| Telephone Number | 470-258-4841 |
| E-mail Address | mvberrypo@proton.me |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

(9/16) Complaint for a Civil Case

Defendant No. 1
- Name: Donald John Trump
- Job or Title (if known): President/Commander-In-Chief
- Street Address: 1600 Pennsylvania Avenue N.W.
- City and County: Washington-District of Colombia
- State and Zip Code: District of Colombia 20500
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Scott Bessent
- Job or Title (if known): Secretary of Treasury, United States of America
- Street Address: 1500 Pennsylvania Avenue N.W.
- City and County: Washington
- State and Zip Code: District of Colombia 20220
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

20

(9/16) Complaint for a Civil Case

The defendant. *(name)* _____ . is incorporated under the laws of the State of *(name)* _____ . and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ .
and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

all assets including but not limited to all monies and property held in trust by the Defendents/Trustees exceeds $75,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) Trustees are in breach of trust as evidenced by private proprietary trust documents only to be seen in Chambers.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Provide full accounting of all assets including money and property held in Trust by defendents.
(2) Provide protection including but not limited to identification documents for trade, transportation, and communication, as well as for international travel and personal security, and the necessary passes/tools to facilitate the ease of movement in, out, and through occupied territory.

(9/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/4/25

Signature of Plaintiff: *Berry, Marqualia - Veonice*
Printed Name of Plaintiff: *Marqualia Veonice Berry*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**APPENDIX B**

CERTIFICATE OF SERVICE FORMAT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Writ of Precipe - Bill In Equity (private)</u>
(Name of pleading)

was mailed/delivered to <u>Donald J. Trump</u> at <u>1600 Pennsylvania NW W. D.C 20550</u>
<u>Scott Bessent</u>    <u>1800 Pennsylvania Ave N.W. Washington, DC 20220</u>
(Name of defendant(s) or    (Physical or E-Mail Address)
defendant's attorney)

<u>Berry; Margualia-Veinice</u>
(Signature and date)

<u>1860 Barnett Shoals Road</u>
(Address) <u>Ste 113, PMB 431 Athens, Georgia 30605</u>

<u>470-258-4841</u>
(Phone Number)

24