IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MARQUALIA VEONICE BERRY,                    *

            Plaintiff,                    *

v.                                             Case No: 3:25-cv-00087-TES

                                *

PRESIDENT DONALD JOHN TRUMP et al,

                                *

            Defendants.

                                *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of June, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk